FILED
JUL - 1 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
           Plaintiff, )   87-925M-23
                   )
    v.              )   ORDER OF DETENTION AFTER HEARING
                   )   (18 U.S.C. § 3142(i))
Larry Clifton )
           Defendant. )

I.

A.  (✓) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. (✓) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described

///
///
///



ENTERED ON COURTRAN
JUL 6 1987

CR94 (5/86)    -1-

```
 1      B.  On motion (✓) (by the Government)/( ) (by the Court
 2          sua sponte involving)
 3          1.  (✓) serious risk defendant will flee;
 4          2.  ( ) serious risk defendant will
 5              a.  ( ) obstruct or attempt to obstruct
 6                       justice;
 7              b.  ( ) threaten, injure, or intimidate a
 8                       prospective witness or juror or
 9                       attempt to do so.
10                              II.
11      The Court finds no condition or combination of conditions
12 will reasonably assure:
13      A.  (✓) appearance of defendant as required;
14                         and/or
15      B.  (✓) safety of any person or the community;
16                              III.
17 The Court has considered:
18      A.  (✓) the nature and circumstances of the offense;
19      B.  (✓) the weight of evidence against the defendant;
20      C.  (✓) the history and characteristics of the defendant;
21      D.  (✓) the nature and seriousness of the danger to any
22          person or to the community.
23                              IV.
24 The Court concludes:
25      A.  (✓) Defendant poses a risk to the safety of other
26          persons or the community because: Nature
27          of the seriousness of charges &
28          continuing nature of alleged
            illegal conduct.
```

CR-94

-2-

```
 1
 2
 3      B.  ( ) History and characteristics indicate a serious
 4          risk that defendant will flee because: _____
 5          _____
 6          _____
 7          _____
 8          _____
 9      C.  ( ) A serious risk exists that defendant will:
10          1.  ( ) obstruct or attempt to obstruct justice;
11          2.  ( ) threaten, injure or intimidate a
12                  witness/juror;
13          3.  ( ) attempt to threaten, injure or intimi-
14                  date a witness/juror;
15          Because: _____
16          _____
17          _____
18          _____
19      D.  (✓) Defendant has not rebutted by sufficient evidence
20          to the contrary the presumption provided in
21          18 U.S.C. § 3142(e).
22      IT IS ORDERED defendant be detained prior to trial.
23      IT IS FURTHER ORDERED that defendant be confined as far as
24  practicable in a corrections facility separate from persons
25  awaiting or serving sentences or persons held pending appeal.
26  ///
27  ///
28  ///
```

CR-94                              -3-

1  IT IS FURTHER ORDERED that defendant be afforded reason-
2  able opportunity for private consultation with his counsel.
3
4  DATED: 7/1/87
5
6                                            _____
7                                            U. S. MAGISTRATE/~~DISTRICT JUDGE~~
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28